UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:  Case No. 8:05-bk-29501-PMG
Chapter 7

Mark A. Adams
4129 Balington Dr.
Valrico, FL 33594

_____Debtor_____/

**DEBTOR'S MOTION TO ENLARGE TIME
TO FILE DOCUMENTS AND PAY FILING FEE**

COMES NOW, the Debtor, Mark A. Adams, Esquire appearing pro se, and moves for an enlargement of time to file the Summary of Schedules, Schedules, and Statement of Financial Affairs and pay the filing fee showing:

1. The petition was filed on October 14, 2005 accompanied by a personal check in the amount of $209.00 for payment of the filing fee.

2. On October 19, 2005, the Court issued a Notice of Incomplete and/or Deficient Filing and Opportunity to Cure Deficiencies requiring payment of the filing fee within ten (10) days of the date of this notice and requiring filing of the Summary of Schedules, Schedules, and Statement of Financial Affairs within 15 days from the date the petition was filed, and therefore, pursuant to Rule 9006(a), the foregoing are due by October 31, 2005.

1

3. The undersigned contacted the Clerk of Court, and after finally reaching someone in the Clerk's office, he learned that personal checks were not acceptable. The undersigned can pay the filing fee by certified check or money order within four (4) days.

4. The undersigned has been diligently gathering the information needed to complete the Summary of Schedules, Schedules, and Statement of Financial Affairs, and the undersigned has gathered the required information and believes that he can complete and file the required documents within four (4) days.

5. Rule 9006(b) allows the Court to enlarge the time for filing the Summary of Schedules, Schedules, and Statement of Financial Affairs and for paying the filing fee, and this motion is timely served prior to the time that the foregoing are due.

6. The meeting of creditors in this case is scheduled for December 8, 2005.

7. The undersigned has respectfully requested this brief enlargement of time in good faith and will suffer prejudice if it is not granted.

8. The undersigned's creditors and the trustee will not suffer any prejudice from this brief enlargement of time as they will still have over thirty (30) days after the enlarged filing date to review the Summary of Schedules,

Schedules, and Statement of Financial Affairs before the meeting of creditors.

WHEREFORE, the Debtor respectfully requests a four (4) day enlargement of time to November 4, 2005 to file the Summary of Schedules, Schedules, and Statement of Financial Affairs and pay the filing fee.

Respectfully submitted,

_____
Mark A. Adams, Esquire
Pro se

## PROOF OF SERVICE

I declare under penalty of perjury that I have served a true and correct copy of this motion via U.S. Mail to the Bankruptcy Trustee, Lauren P. Greene at 13611 Park Blvd., Suite H; Seminole, FL 33776 on this 31st day of October, 2005.

_____
Mark A. Adams, Esquire
Fla. Bar No. 0193178
P.O. Box 1078
Valrico, FL 33595
Telephone: 813-654-1235
Facsimile: 813-654-1390
Pro se