UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:05-bk-29501-PMG
Chapter 7

Mark A. Adams
4129 Balington Dr.
Valrico, FL 33594

_____Debtor_____/

# DEBTOR'S MOTION TO ENLARGE TIME TO RESPOND TO MOTION FOR RELIEF FROM STAY OR OBJECTION AND REQUEST FOR A HEARING ON SAID MOTION

COMES NOW, the Debtor, Mark A. Adams, Esquire appearing pro se, and moves for an enlargement of time to file a response or objection to the Motion for Relief from Stay filed by Ray R. Shaw or in the alternative objects to and requests a hearing on said motion showing:

1. On June 29, 2006, this Court entered its Order Directing Response to Motion for Relief From Stay directing the Trustee and the Debtor to file responses to the Motion for Relief from Stay filed by Ray R. Shaw.

2. The aforementioned Order directed the Debtor to file his response within 23 days of the date of service of this Order which was entered on June 29, 2006,

1

and therefore, the Debtor's response is due on July 24, 2006 pursuant to Rule 9006(a).

3. To date, the Debtor has not received the Trustee's response to the aforementioned Order.

4. The undersigned has been diligently preparing to respond to the Motion for Relief from Stay filed by Ray R. Shaw pursuant to the aforementioned Order. However, the undersigned has also had other pressing matters to attend to, and the undersigned would be in a better position to respond if he was able to review the Trustee's response to this Order. Therefore, the undersigned requests an enlargement of time of ten days from service of the Trustee's response in which to serve the Debtor's response.

5. Rule 9006(b) allows the Court to enlarge the time to respond.

6. The undersigned has respectfully requested this brief enlargement of time in good faith and will suffer prejudice if it is not granted.

7. The Trustee will not suffer any prejudice from this brief enlargement of time.

8. Ray R. Shaw will not suffer any prejudice from this brief enlargement of time.

**WHEREFORE**, the Debtor respectfully requests an enlargement of time of

ten days from service of the Trustee's response in which to serve the Debtor's response or objection to the Motion for Relief from Stay filed by Ray R. Shaw or in the alternative, objects to said motion and requests a hearing on the same.

## PROOF OF SERVICE

I declare under penalty of perjury that I have served a true and correct copy of this motion via U.S. Mail to the Bankruptcy Trustee, Lauren P. Greene at 13611 Park Blvd., Suite H; Seminole, FL 33776 and to counsel for Ray R. Shaw, Lawrence H. Liebling, Esquire at 2655 McCormick Dr.; Clearwater, FL 33759 on this 24th day of July, 2006.

Respectfully submitted,

_____
Mark A. Adams, Esquire, Pro se
Fla. Bar No. 0193178
P.O. Box 1078
Valrico, FL 33595
Telephone: 813-654-1235
Facsimile: 813-654-1390