UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                                   Case No. 8:05-BK-29501-PMG

MARK A. ADAMS                                     Chapter 7
4129 Ballington Drive
Valrico, Florida 33594,

Debtor.
_____/

### ORDER GRANTING RAY R. SHAW'S MOTION TO CONTINUE PRELIMINARY HEARINGS

THIS CAUSE having come before the Court upon Ray R. Shaw's Motion to Continue to Preliminary Hearings scheduled for October 24, 2006, it is

ORDERED that the motion is hereby granted. The Debtor's Motion to Enlarge Time to File Notice of Removal of State Court Action Involving Ray R. Shaw (doc. #76) and Debtor's Motion to Vacate Order Granting Amended Motion for Relief from Stay filed by Ray R. Shaw and Motion to Reinstate Stay (doc. #77), shall be heard before this Court on November 14, 2006, at 9:30 a.m. o'clock.

DONE AND ORDERED this 25th day of October, 2006.

_____
Paul M. Glenn
Chief United States Bankruptcy Judge

Copies to:
Lauren P. Greene, Trustee
Stephen L. Meininger, Esq., attorney for Trustee
Lawrence H. Liebling, Esq., attorney for Ray R. Shaw
Mark A. Adams, Debtor
U. S. Trustee's Office

